MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S): TAYLOR, WILLIE JONES
TAYLOR, BARBARA JANE

CASE NUMBER: 09-38263:

PLEASE CHECK ONE:

☒ UNCLAIMED DIVIDENDS

☐ DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Springer Collection<br>876 7th Street E<br>St. Paul, MN 55106-4590 | 7 | $331.00 | $3.52 |

DATE 9/19/11

TRUSTEE

DISTRIBUTION:
Original to Clerk of Court

NETWORK NEIGHBORHOOD/PATTI/C/BMSW/WPDOCS/UNCLAIMED DIVIDENDS

Printed: 09/15/11 02:27 PM                                                                  Page: 1

# Claims Proposed Distribution

## Case:  09-38263   TAYLOR, WILLIE JONES

Case Balance:    $527.20        Total Proposed Payment:    $527.20        Remaining Balance:    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Bank of America c/o Wilford & Geske | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 527.20 |
| NOTFILED | Chase | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 527.20 |
| NOTFILED | Green Tree | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 527.20 |
|  | Patti J. Sullivan <2200-00 Trustee Expenses> | Admin Ch. 7 | 130.62 | 130.62 | 130.62 | 0.00 | 0.00 | 527.20 |
|  | Patti J. Sullivan <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,397.37 | 1,397.37 | 1,397.37 | 0.00 | 0.00 | 527.20 |
| 3P | Internal Revenue Service | Priority | 518.39 | 0.00 | 0.00 | 0.00 | 0.00 | 527.20 |
| NOTFILED | Denise Jones, Revenue Collection Officer | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 527.20 |
| 1 | TARGET NATIONAL BANK | Unsecured | 673.47 | 673.47 | 59.94 | 613.53 | 7.17 | 520.03 |
| 2 | Dell Financial Services L.L.C. | Unsecured | 2,186.24 | 2,186.24 | 194.58 | 1,991.66 | 23.24 | 496.79 |
| 3U | Internal Revenue Service | Unsecured | 98.97 | 0.00 | 0.00 | 0.00 | 0.00 | 496.79 |
| 4 | APPLIED BANK | Unsecured | 3,995.99 | 3,995.99 | 355.65 | 3,640.34 | 42.48 | 454.31 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 542.20 | 542.20 | 48.26 | 493.94 | 5.76 | 448.55 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured | 1,100.36 | 1,100.36 | 97.93 | 1,002.43 | 11.70 | 436.85 |
| 7 | Springer Collection | Unsecured | 331.00 | 331.00 | 29.46 | 301.54 | 3.52 | 433.33 |
| 8 | HEALTHSPAN SERVICES | Unsecured | 1,327.97 | 1,327.97 | 118.19 | 1,209.78 | 14.12 | 419.21 |
| 9 | Sprint Nextel Correspondence | Unsecured | 1,141.63 | 1,141.63 | 101.61 | 1,040.02 | 12.13 | 407.08 |
| 10 | Great Lakes Educational Loan Service | Unsecured | 35,424.18 | 35,424.18 | 3,152.82 | 32,271.36 | 376.61 | 30.47 |
| 11 | Recovery Management Systems Corporation | Unsecured | 776.85 | 776.85 | 69.14 | 707.71 | 8.26 | 22.21 |
| 12 | Recovery Management Systems Corporation | Unsecured | 2,089.34 | 2,089.34 | 185.96 | 1,903.38 | 22.21 | 0.00 |
| NOTFILED | Beneficial | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CMI | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | California Recovery Systems | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chrysler Financial | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Enhanced Recovery | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE
1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

September 19, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:  WILLIE JONES TAYLOR
     BARBARA JANE TAYLOR
     Bankruptcy Case No.: 09-38263
     Date of Filing: 11/23/09

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 128 in the amount of $3.52 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: pamc

Enclosures